IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN MALDONADO,**<br><br>                              Plaintiff,<br><br>            v.<br><br>**J. ASHBY,**<br><br>                              Defendant. | Case No. 5:21-cv-07780-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

Defendant Dr. J. Ashby moved to change the time, by 60 days, to file a dispositive motion. Having read and considered Dr. Ashby's motion to change time and the declaration of Dr. Ashby's counsel supporting the motion, and for good cause appearing, Dr. Ashby's motion is **GRANTED**.  Dr. Ashby may file and serve a dispositive motion on or before October 31, 2022. Maldonado's opposition to the dispositive motion shall be filed with the Court and served on Dr. Ashby no later than 28 days after Dr. Ashby's motion is filed.  Dr. Ashby shall file a reply brief 14 days after an opposition is filed and served.

**IT IS SO ORDERED**.

Dated:  August 25, 2022

_____
Beth Labson Freeman
United States District Court Judge