UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MALDONADO,<br>            Plaintiff,<br>    v.<br>DR. JONATHAN ASHBY,<br>            Defendant. | Case No. 21-cv-07780 BLF (PR)<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 19) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Jonathan Ashby at Correctional Training Facility-Soledad where he is currently incarcerated. The Court found the complaint stated cognizable claims and ordered the matter served on the Defendant. Dkt. No. 9. Defendant filed a motion for summary judgment on October 31, 2022. Dkt. No. 18.

On November 25, 2022, Plaintiff filed a motion for a ninety-day extension of time to file an opposition based on the need to consult with an outside expert. Dkt. No. 19. On November 28, 2022, Defendant filed a statement of non-opposition. Dkt. No. 20. Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff's opposition shall be filed **no later than February 23, 2023.**

Defendant's reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 19.

**IT IS SO ORDERED.**

Dated: ___November 29, 2022_____

BETH LABSON FREEMAN
United States District Judge