UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. JONATHAN ASHBY,<br><br>    Defendant. | Case No. 21-cv-07780 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR SECOND AND FINAL EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket No. 22) |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against Dr. Jonathan Ashby at Correctional Training Facility-Soledad where he is currently incarcerated. The Court found the complaint stated cognizable claims and ordered the matter served on the Defendant. Dkt. No. 9. Defendant filed a motion for summary judgment on October 31, 2022. Dkt. No. 18.

On November 29, 2022, the Court granted Plaintiff's motion for a ninety-day extension of time to file his opposition such that his opposition was due on February 23, 2023. Dkt. No. 21. On February 28, 2023, Plaintiff filed a motion for a second and final extension of time to file his opposition due to facility lockdowns and need for assistance from another inmate. Dkt. No. 22.

Good cause appearing, Plaintiff's motion is **GRANTED**. Plaintiff's opposition shall be filed **no later than March 27, 2023.** This will be a final extension, as indicated by Plaintiff. *Id.*

Defendant's reply shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

This order terminates Docket No. 22.

**IT IS SO ORDERED.**

Dated:  __March 2, 2023_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for Ext. of Time to File Opp.
PRO-SE\BLF\CR.21\07780Maldonado_2ndeot-opp

2