IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN MALDONADO,**<br><br>Plaintiff,<br><br>v.<br><br>**J. ASHBY,**<br><br>Defendant. | Case No. 5:21-cv-07780-BLF (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE REPLY** |

Defendant Dr. J. Ashby moved to change the time, by 14 days, to file a reply to Plaintiff Juan Maldonado's opposition to Dr. Ashby's motion for summary judgment.  Having read and considered Dr. Ashby's motion to change time and the declaration of Dr. Ashby's counsel supporting the motion, and for good cause appearing, Dr. Ashby's motion is **GRANTED**.  Dr. Ashby may file and serve a reply on or before April 24, 2023.

**IT IS SO ORDERED**.

Dated: __April 10, 2023____

Beth Labson Freeman
United States District Court Judge

1