# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MALDONADO,<br><br>    Plaintiff,<br><br>v.<br><br>J. ASHBY,<br><br>    Defendant. | Case No. 21-cv-07780 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendant and granted his motion for summary judgment. Judgment is entered in favor of Defendant.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:  __May 31, 2023_____**

                              BETH LABSON FREEMAN
                              United States District Judge

Judgment
PRO-SE\BLF\CR.21\07780Maldonado_judgment